# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 04 C 50006 | **DATE** | 6/29/2005 |
| **CASE TITLE** | Schaid vs. Woodward Governor | | |

**DOCKET ENTRY TEXT:**

Plaintiff's 5/27/05 Motion for a Protective Order identical to the order requested by Plaintiffs in *Bell v. Woodward*, 03 C 50190, is **denied** for the reasons stated in the attached Memorandum Opinion and Order, issued concurrently in *Bell*.

■ [ For further detail see attached order.]

Notices mailed by judge's staff.

| | Courtroom Deputy Initials: | AM |
|---|---|---|