Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 04 C 50006 | **DATE** | 9/28/2005 |
| **CASE TITLE** | Schaid vs. Woodward Governor Co. | | |

**DOCKET ENTRY TEXT:**

For the reasons stated on the attached Memorandum Opinion and Order, Defendant's August 5, 2005 Motion to Strike Plaintiff's July 21 Supplemental Disclosures or Alternatively to Compel Plaintiff to Comply with the Disclosure Requirements of FRCP 26(a)(1) and FRCP 26(a)(3) is granted in part and denied in part. Plaintiff's July 21, 2005 disclosure, which the court treats as a Rule 26(e) supplemental disclosure of her 26(a)(1)discolsures, is struck.

■ [ For further detail see attached order.]

Notices mailed by judge's staff.

| | Courtroom Deputy Initials: | AM |
|---|---|---|